IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID ANTHONY LE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv332-MHT |
| ) | (WO) |
| BETH MIMS, et al., ) | |
| ) | |
| Defendants. ) | |

### OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Chilton County Jail, filed this lawsuit complaining he was charged for a crime he did not commit by a magistrate who was related to the complainant and that his court date has repeatedly been put off. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and to comply with a court order. There are no objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of June, 2025.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**